## Commonwealth *v.* Leininger, Appellant.

Submitted March 10, 1975. *Arthur K. Dils,* and *Dils and Diveglia,* for appellant; *Edwin W. Frese, Jr.,* and *Marion E. MacIntyre,* Deputy District Attorneys, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Lewis, Appellant.

Submitted December 6, 1974. *W. Hamlin Neely,* for appellant; *Wardell F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.